

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Troy Myers, Appellant

No. 06-24-00183-CR     v.

The State of Texas, Appellee

Appeal from the County Criminal Court No. 2 of Denton County, Texas (Tr. Ct. No. CR-2020-04907-B). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment and bill of costs by striking the attorney fees of $175.00, the time payment reimbursement fee of $15.00, and unsupported expenses of $21.00. As modified, we affirm the judgment of the trial court.

We note that the appellant, Troy Myers, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 9, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk